

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00324-CV

**MADHAVAN A. PISHARODI, M.D., P.A.**,
Appellant

v.

**UNITED BIOLOGICS, L.L.C.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We tax costs of court for this appeal against Madhavan A. Pisharodi, M.D., P.A.

SIGNED March 25, 2020.

_____
Patricia O. Alvarez, Justice